# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RYAN ANTHONY WRIGHT, : No. 166 MAL 2016
:
      Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
      v. :
:
:
PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE, :
:
      Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.